IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Burchett, Arthur F | Case Number: 07 B 18391 |
|---|---|---|
| | Burchett, Lurlene M | Judge: Hollis, Pamela S |
| | Printed: 01/29/09 | Filed: 10/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: December 8, 2008
Confirmed: January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,243.55 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 6,634.80 |
| Administrative: | | 3,151.50 |
| Trustee Fee: | | 640.33 |
| Other Funds: | | 816.92 |
| Totals: | 11,243.55 | 11,243.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,151.50 | 3,151.50 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 16,201.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 10,956.28 | 6,634.80 |
| 6. | Capital One | Unsecured | 231.02 | 0.00 |
| 7. | B-Real LLC | Unsecured | 2.50 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 575.92 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 16.72 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 252.37 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 111.82 | 0.00 |
| 12. | CitiFinancial | Unsecured | 0.00 | 0.00 |
| 13. | B-Real LLC | Unsecured | 14.50 | 0.00 |
| 14. | B-Real LLC | Unsecured | 2.20 | 0.00 |
| 15. | B-Real LLC | Unsecured | 32.30 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 1,020.21 | 0.00 |
| 17. | B-Real LLC | Unsecured | 3.80 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 81.70 | 0.00 |
| 19. | Providian Bank | Unsecured | 170.88 | 0.00 |
| 20. | Citi Mortgage | Unsecured | | No Claim Filed |
| | | | $ 32,824.72 | $ 9,786.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Burchett, Arthur F | Case Number: 07 B 18391 |
|---|---|---|
| | Burchett, Lurlene M | Judge: Hollis, Pamela S |
| | Printed: 01/29/09 | Filed: 10/6/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 191.61 |
| 6.5% | 340.88 |
| 6.6% | 107.84 |
|  | $ 640.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

